(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**06-14251CIV-MARTINEZ**

Richard Brown
_____
_____
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Broward Co. Sheriff's Office, et.al
_____
_____
_____
_____

(Enter above the full name of the defendant or defendants in this action.)

**POSTED**

SEP 21 2006

2006 SEP 22 PM 1:47
CLARENCE HADDOX
CLERK U.S. DIST. CT
S.D. FLA. - FT. PIERCE

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

   This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

   Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

   Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

   There is a filing fee of $250.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )   No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Case Number: _____

   4. Name of Judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: MARTIN CORRECTIONAL INSTITUTION - 1150 S.W. ALLAPATTAH ROAD - INDIANTOWN, FLA. 34956

A. Is there a prisoner grievance procedure in this institution?

Yes (X)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )    No (X)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: NOT RELATED TO THIS INSTITUTION - THE COMPLAINT INFRACTION OCCURRED WHILE HOUSED IN THE BROWARD CO. JAIL WHILE RETURNED TO COURT.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: RICHARD BROWN
   Address: 1150 S.W. ALLAPATTAH ROAD
   INDIANTOWN, FLA 34956

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _____
   is employed as _____
   at _____

C. Additional Defendants: _____

_____

_____

_____

_____

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

I WAS TAKEN BACK TO THE BROWARD COUNTY JAIL FOR EVIDENTIARY HEARING ON JUNE 2, 2006. WHILE HOUSED AT THE JAIL I WAS DENIED MEDICATION THAT WAS PRESCRIBED FOR A HEALTH CONDITION. MY MEDICATION REQUIRES DAILY DOSES FOR MY CRONIC ILLNESS. I HAD ADDRESSED TO THE MEDICAL STAFF UPON MY ARRIVAL WHAT MEDICATIONS I TAKE AND IT WAS ALSO ATTACHED TO MY MEDICAL FILE. I WAS ASSURED THAT I WOULD RECIEVE MY MEDICATION THAT EVENING. THAT DID NOT HAPPEN, IN FACT, I DID NOT RECIEVE MY MEDICATION UNTIL MONDAY JUNE 5, 2006... 3 DAYS LATER, I FINALLY RECIEVED THE MEDICATION AFTER WRITING A REQUEST AND BEING TOLD TO WRITE A GRIEVENCE, WHICH I DID. ON OR ABOUT JUNE 21, 2006 THE JAIL MEDICAL STAFF THEN COMPLETELY STOPPED GIVING ME MY MEDICATION STATING THAT THEY DIDN'T ORDER ANY MORE THAN MY INITIAL TWO-WEEK SUPPLY. AS A RESULT OF THE DENIAL OF TREATMENT FOR MY MEDICAL CONDITION I WAS TAKING THE ACYCLAVER FOR, AND THEN THE DENIAL OF MY MEDICATION, I HAD A SERIOUS INFECTION WHICH RESULTED IN MORE PAIN, DISCOMFORT AND PROLONGED TREATMENT BACK AT MARTIN CORRECTIONAL INSTITUTION. I NOW HAVE PERMANENT SCARRING DUE TO THE LACK OF PROPER TREATMENT AND MEDICATION. MY MEDICAL JACKET GOES WITH ME WHEN I RETURN TO COURT AND MY CONDITION IS NOTED THEREIN. I SUBMITTED GRIEVENCES TO BOTH STAFF AND FACILITY

IN REGARDS TO THIS DENIAL OF ADEQUATE AND PROPER MEDICAL CARE THAT THE INDIVIDUALS (SHERIFF'S OFFICE AND MEDICAL STAFF) FAILED TO EITHER ACKNOWLEDGE OR RESPOND TO GRIEVENCES SUBMITTED BY THE PLAINTIFF.

THE ACTIONS OF THE DEFENDANTS CLEARLY DEMONSTRATE A CASE OF DELIBERATE INDIFFERENCE TO THE PLAINTIFFS MEDICAL NEEDS. THE PLAINTIFFS CONDITION IS CLEARLY DOCUMENTED IN HIS MEDICAL RECORD AND WAS SUPPLIED TO THE DEFENDANTS. ONCE THE DEFENDANT DID START TO RECIEVE HIS MEDICATIONS PROPERLY, THE DEFENDANT'S DID STOP THE PRESCRIBED MEDICATION STATING THAT THEY FELT IT WAS NO LONGER REQUIRED. THE DEFENDANT WAS NOT RE-EVALUATED FOR HIS MEDICAL CONDITION AND HIS PRESCRIBING DOCTOR DID NOT AUTHORIZE THE MEDICATION TO BE STOPPED. THIS ALSO RESULTED IN IRRITATION OF THE PLAINTIFFS CONDITION AND PHYSICAL WITHDRAW SYMPTOMS / DISCOMFORT TO THE PLAINTIFF. THIS ACTION COUPLED WITH THE INITIAL FAILURE TO PROPERLY ADMINISTER THE PLAINTIFFS MEDICATION CONSTITUTES NOT ONLY A DELIBERATE INDIFFERENCE TO THE PLAINTIFFS MEDICAL NEEDS, BUT FURTHER CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT, AN 8th AMENDMENT VIOLATION AS THE ACTIONS OF THE DEFENDANT'S CONDUCT THAT IS SUFFICIENTLY SERIOUS TO CONSTITUTE A DEPRIVATION OF THE MINIMAL CIVILIZED MEASURE OF LIFE'S NECESSITIES FOR THE PURPOSE OF CAUSING A WANTON INFLICTION OF PAIN AND DISCOMFORT.

THIS PLAINTIFF CLAIMS THAT THE DEFENDANT'S CONDUCT IN EXPOSING THE PLAINTIFF TO AN UNREASONABLE RISK OF FUTURE HARM RATHER RN ACTUAL PHYSICAL INJURY IS REASONABLE REASON TO BASE THIS § 1983 CLAIM, AS, THE PLAINTIFF WAS DENIED HIS MEDICATION, AND OFFICIALS / STAFF CANNOT LEGALLY IGNORE THE PLAINTIFFS MEDICAL CONDITION AS HAS HAPPENED HEREIN.

-4A-

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

THE PLAINTIFF SEEKS DAMAGES AS FOLLOWS: $75,000.00: NOMINAL DAMAGES FOR THE PAIN AND SUFFERING ENDURED BY THE PLAINTIFF DUE TO HIS MEDICAL CONDITION BEING UNJUSTLY AGGRAVATED DUE TO THE DEFENDANT'S NEGLECT TO PROPERLY TREAT THE PLAINTIFF IN A TIMELY MANNER; COMPENSATORY DAMAGES FOR THE DURATION OF TIME THAT THE PLAINTIFF SUFFERED UNTIL HIS MEDICATION WAS PROPERLY ADMINISTERED AND HIS CONDITION BACK UNDER CONTROL; AND PUNITIVE DAMAGES AGAINST THE BROWARD CO. SHERIFF'S DEPARTMENT AND IT'S AGENTS/SUBCONTRACTED HEALTH SERVICE GROUP INVOLVED; THE INVOLVED AGENTS BEING SEVERLY DISCIPLINED SO AS NOT TO ALLOW HIM/HER TO AGAINST BE PUT IN A POSITION TO CAUSE THE WANTON INFLICTION OF PAIN ON ANOTHER PERSON OR THE DELIBERATE INDIFFERENCE TO ANOTHERS MEDICAL NEEDS.

Signed this _12_ day of _September_, 20 _06_.

_Richard Brown_

_____
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on _September 12, 06_

_Richard Brown_
(Signature of plaintiff)



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

# 9630
DuP

**TO BE COMPLETED BY INMATE**

Inmate's Name: Richard Brown
Arrest#: 300??65
Cell: 7-B-2-11
Facility: Main

RECEIVED JUN 26 2006

### PART A - INMATE'S GRIEVANCE

This grievance is in response to the grievance I filed on 6-8-06. I now grieve the response and ask that are you telling me in the response to that grievance that I did recieve the meds that morning of 6-6-06 in which I complained I did not recieve the med. I did not take that medication that morning for my illness I take two types of meds the only meds I took was the acylavici which I take twice a day. I still ask for my relief sought.

Staff's response: _____

Sergeant's response: _____

Inmate's Signature: _____     Date Signed: 6-23-06

WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.

### PART B - RESPONSE

Inmate Brown this Grievance was entered and responded on 6/20/06 by medical staff. This is the same issue. Please refer back to and respond Grievance # 9630

Supervisor's Signature/CCN: _____     Date Signed: 6/26/06

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response _____
Inmate's Signature     Date Signed

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Facility Administrator's Signature     Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

do to the mistreatment, the cruel and unusual punishment. The nurse that morning could have verified whether I took the meds or not. Just because the people here prescribed them for me it would have been professional if they would have asked me when and how I take this medication.

Also the Acyclovier that I take twice a day morning and night I'm told that it has run out. I am now grieving that issue as well that now I'm being denied suppressive therapy.

Relief sought that my medication be reordered and that the medical staff check the record at Martin Correctional and find out what, how and when meds were given to me.

I still seek damages for my first grievance which I say is Ms. McKenzie's fault for not giving me the meds at night. I seek her Termination so she doesn't kill somebody by not giving them their life prescribed meds or at least inquire before just blatently denying to give a inmate their meds.

Also 25.000 partially for mental stress cruel and unusual punishment.



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

# 9630

**TO BE COMPLETED BY INMATE**

Richard Brown | 366663 | 7B-211 | Main | JUN 26 2006
Inmate's Name | Arrest# | Cell | Facility | Date

RECEIVED JUN 26 2006

### PART A - INMATE'S GRIEVANCE

This grievance is toward the medical staff I went this morning to get my meds the peroclovier which I take twice a day only to find out that I have no more. The morning nurse gave my seaverse pills out the evening nurse had none to give me. So I'm writing this grievance that I should be provided with the proper care. If this staff cannot do it then there is a problem. I would like my medication provided until I leave this place.

Staff's response: _____

Sergeant's response: _____

Richard Brown | 6-26-06
Inmate's Signature | Date Signed

**WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.**

### PART B - RESPONSE

Same SEE Page #1

Supervisor's Signature/CO | 6/26/06
 | Date Signed

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response _____
Inmate's Signature | Date Signed

**FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL**

Facility Administrator's Signature | Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

Inmate's Name: RICHARD BROWN
Arrest#: 500606663
Cell: 7-B-2-11
Facility: BM JAIL
Date: 6-3-06

### PART A - INMATE'S GRIEVANCE

I Have Come Back down from Florida state Prison on 6-2-06 I Have a chronic illness which requires medication everyday. The First day I got here I did not Recieve my medication. Today is 6-3-06. The Second day The nurse says she does not have my medication This Facility is denying me proper Medical Care of a life threating desease. I will be Fileing a law suit against this institution, For depriving me of that right to have medication.

Staff's response:

Sergeant's response:

Inmate's Signature: Richard Brown
Date Signed: 6-3-06

WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.

### PART B - RESPONSE

Inmate if you still have not Rcvd your meds, Please Submit Grievance.

Supervisor's Signature/CCN: SR 10916
Date Signed: 6/18/06

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I wish to appeal the response _____

Inmate's Signature                                Date Signed

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Facility Administrator's Signature                Date Signed

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

7B2

MED
9630

P.1



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

JUN 18 2006

**TO BE COMPLETED BY INMATE**

Inmate's Name: Richard Brown
Arrest#: S00606063
Cell: 7B-2-11
Facility: Main Jail
Date: 6-8-06

### PART A - INMATE'S GRIEVANCE

This grievance is directed towards Nurse McKenzee who on 6-6-06 In the PM Around 4:30 or 5:00 pm while giving out meds denied me the medication I take everyday for chronic illness. At the hands of this nurse I suffered cruel and unusual punishment. Mental anguish, stress. Also the nurse put me at risk for my body to reject my meds. I arrived at the Main Jail on 6-2-06 At that time no meds were here for me so three days I had no meds which I must take everyday. Then when they did come

Staff's response: _____

Sergeant's response: _____

Inmate's Signature: _____    Date Signed: 6-8-06

WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.

### PART B - RESPONSE

Mr. Brown: I spoke with Ms. McKenzie. The problem on 6/6/06 occurred because at that time your meds were written for the a.m. They are now given to you in the evening. On the day of 6/6 Ms McKenzie was working evening shift but your meds had already been given in the a.m.

Supervisor's Signature/CCN: Gary McKay, Director of Nursing, Main Jail    Date Signed: 6/20/06

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I wish to appeal the response _____

Inmate's Signature _____    Date Signed: 6-5-06

NO Response to appeal

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Facility Administrator's Signature _____    Date Signed _____



# DEPARTMENT OF DETENTION AND COMMUNITY CONTROL
## INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

| Richard Brown | Subound s | TB-2-11 | Main Jail | 6-5-06 |
|---|---|---|---|---|
| Inmate's Name | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

there was a mix up on when I should be taking them how many I'm supposed to take anyway on 6-5-06 I recieved meds. I had to tell the nurse I take my meds at night so she gave them to me. Then on 6-6-06 Nurse McKenzee tells me shes not giving me the meds because it says AM I tried to explain to no avail she did not give me meds which put me at risk after not having them three days then having them one day and then this nurse denying me the next. I then asked to

Staff's response: _____

Sergeant's response: _____

Inmate's Signature _____  Date Signed 6-6-06

WHEN PART A - INMATE'S GRIEVANCE, IS COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO ANY STAFF MEMBER TO BE PLACED IN THE GRIEVANCE BOX.

### PART B - RESPONSE

Supervisor's Signature/CCN _____  Date Signed _____

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I wish to appeal the response _____

Inmate's Signature _____  Date Signed _____

### FACILITY ADMINISTRATOR'S RESPONSE TO APPEAL

Facility Administrator's Signature _____  Date Signed _____

White Copy - Inmate
Yellow and Pink Copies - Grievance Box

BSO DJ#51 (Revised Feb. 2000)

P. 3
#9030

see a sgt who came and inquired as to the problem the sgt then returned and told me this nurse said I was trying to take the meds twice which is not true. I was informed that the meds were ordered for seven days. This health care provider should know the importance of the strict compliance with the meds that are prescribed either she didn't care to find out which is unacceptable and should have found out whether I had the meds or not instead of licing and said I tried to take the meds twice. Thus at the hands of this health care worker I suffered cruel and unusual punishment which under chapter 33 of Florida prison code which I am a state prisoner, I am entitled to the proper medical care which I was denied.

Also I am fileing against armor correctional Health services for the poor medical care I have recieved I've been at the main jail since 6-2-06 and still the nurses dont know when I'm suppossed to take the meds. I just saw the doctor today this morning 6-8-06 who assured me she would have my meds for pm. The nurse came tonight and says I'm suppose to get them in the am. These people are going to either kill me or mess up

P. 4

#9030

the medication program that I've been on with success the last two years.

Remedie sought.

That Health care provider Nurse McKenzee be terminated, and Compensation for cruel and unusual punishment mental anguish stress and mistreatment the ~~diet~~ denial of medication which is a nessecitie for my survival. Compensation in amount of $25,000 dollars from Armor Correctional Health Services, Inc or Nurse McKenzee employed by Armor Correctional Health Services Inc.