UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
Case Number:06-14251-CIV-MARTINEZ-WHITE

RICHARD BROWN,
    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on all pretrial matters relating to the Second Amended Complaint filed by Plaintiff Richard Brown (D.E. No. 25). The Magistrate Judge filed a Report and Recommendation (D.E. No. 49). No objections to the Report and Recommendation have bene filed. The Court has reviewed the entire file and record, and, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (D.E. No. 49) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Complaint is **DISMISSED**, pursuant to Plaintiff's stipulation of dismissal. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _1st_ day of March, 2010.

                                                             JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record